IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02412-WYD-KMT

GLENNA HITTNER,

 Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

 Defendant.

## ORDER OF DISMISSAL

 In accordance with the Notice of Dismissal with Prejudice filed December 30, 2010, it is

 ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A).

 Dated:  January 3, 2011

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        Chief United States District Judge